The Clerk of Court is respectfully directed to transfer this case to the District of New Jersey. The waiting period in Local Rule 83.1 is waived.

SO ORDERED.

*Cathy Seibel* 1/26/22
CATHY SEIBEL, U.S.D.J.

**THE ST. PAUL LAWFIRM**

445 HAMILTON AVE., STE 1102
WHITE PLAINS, NEW YORK 10601

Richard S[t. Paul]
+* Admitt[ed]

TELEPHONE (914) 517-7568

Email: rstpaul@thestpaullawfirm.com

FACSIMILE (914) 517-7569

Website: TheStPaullawfirm.com

January 26, 2022

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Room 621
White Plains, NY 10601-4150

        **RE**: Knowles v. Spectrum Capital North LLC et al
        -7:22-cv-00400-CS

Dear Judge Seibel,

    This firm represents the Plaintiff in the above matter. We write this letter in reference to the Court's Order dated January 18, 2022. We consent to this matter being transferred to the District Court of New Jersey. Thank you in advance.

        Sincerely,

        /s/Richard St. Paul
        Richard St. Paul, Esq.

1